UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

  v.

                                                ORDER

  ALFREDO LOPEZ,
                 Defendant.              21-CR-00633 (PMH)
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

     Upon the parties' consent by and through counsel, and in light of the letter request filed by the Government (Doc. 14), it is hereby ORDERED that time until December 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so as to provide counsel for both sides the reasonable time needed to continue pretrial resolution discussions, and for the effective preparation of subsequent matters herein. Both sides consent to the requested exclusion of time.

                                                        SO ORDERED:

Dated: White Plains, New York
        October 29, 2021

                                                       Philip M. Halpern
                                                       United States District Judge